

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00797-CV

**IN THE INTEREST OF D.J.O. AND I.N.V., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01430
Honorable Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating the appellant's parental rights. The appellant's brief was originally due to be filed on January 5, 2018.

By order dated January 8, 2018, appellant's first motion for extension of time was granted, extending the deadline to file the brief to January 25, 2018. Because the disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration our order noted this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Our order further stated, "Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored."

On January 25, 2018, appellant's attorney filed a second motion for extension of time requesting an additional twenty-day extension. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. Appellant brief must be filed no later than February 14, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court